**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10202 |
| Plaintiff - Appellee, | D.C. No. 4:13-cr-01519-JGZ |
| v. | |
| SERGIO ELOY PANTOJA-TORRES, a.k.a. Sergio Eloy Pantoja, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Jennifer G. Zipps, District Judge, Presiding

Submitted December 9, 2014[**]

Before: WALLACE, LEAVY, and BYBEE, Circuit Judges.

Sergio Eloy Pantoja-Torres appeals from the district court's judgment and

challenges his guilty-plea conviction and 18-month sentence for reentry after

deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S. 738 (1967), Pantoja-Torres's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Pantoja-Torres the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**